UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ULISES VALDEZ

                Plaintiff(s),

v.

THE TRAVELERS INDEMNITY CO., et al.

                Defendant(s).

CASE NO. CV 12-04307 SBA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [✓] Private ADR *(please identify process and provider)* Private Mediation with JAMS or another third-party mediator to be selected by the parties

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [✓] other requested deadline March 1, 2013

Dated: 10/23/12

Dated: 10/24/12

Attorney for Plaintiff

Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

[PROPOSED] ORDER

[X] The parties' stipulation is adopted and IT IS SO ORDERED.
[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 11/13/12

*Saundra B. Armstrong*

UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

# CERTIFICATE OF SERVICE

I, Matthew R. Lilligren, attorney of record for plaintiffs ULISES VALDEZ; VALDEZ & SONS VINEYARD MANAGEMENT, A CALIFORNIA CORPORATION, do hereby certify that on October 24, 2012, I electronically filed the foregoing **"STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: October 24, 2012     ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Matthew R. Lilligren_____
MATTHEW R. LILLIGREN
Attorney for Plaintiffs
ULISES VALDEZ; VALDEZ & SONS
VINEYARD MANAGEMENT, A
CALIFORNIA CORPORATION