| | |
|---|---|
| 1 | BRUCE D. CELEBREZZE (BAR NO. 102181) |
|   | *bruce.celebrezze@sedgwicklaw.com* |
| 2 | NICHOLAS J. BOOS (BAR NO. 233399) |
|   | *nicholas.boos@sedgwicklaw.com* |
| 3 | BENJAMIN E. SHIFTAN (BAR NO. 265767) |
|   | *benjamin.shiftan@sedgwicklaw.com* |
| 4 | **SEDGWICK LLP** |
|   | 333 Bush Street, 30th Floor |
| 5 | San Francisco, CA  94104-2834 |
|   | Telephone:     415.781.7900 |
| 6 | Facsimile:     415.781.2635 |
| 7 | Attorneys for Defendants |
|   | THE TRAVELERS INDEMNITY COMPANY OF |
| 8 | CONNECTICUT, also erroneously sued as THE |
|   | TRAVELERS INSURANCE COMPANY; THE |
| 9 | TRAVELERS INDEMNITY COMPANY; and |
|   | TRAVELERS PROPERTY AND CASUALTY |
| 10 | COMPANY OF AMERICA |
| 11 | |
| 12 | MATTHEW R. LILLIGREN (BAR NO. 246991) |
|   | *mlilligren@abbeylaw.com* |
|   | **ABBEY, WEITZENBERG, WARREN & EMERY, P.C.** |
| 13 | 100 Stony Point Rd #200 |
|   | Santa Rosa, CA 95401 |
| 14 | Telephone:     (707) 542-5050 |
|   | Facsimile:     (707) 542-2589 |
| 15 | |
| 16 | Attorneys for Plaintiffs |
|   | ULISES VALDEZ; VALDEZ & SONS VINEYARD |
| 17 | MANAGEMENT, A CALIFORNIA CORPORATION |
| 18 | PETER SIMON (BAR NO. 178393) |
|   | *psimon@beyerscostin.com* |
| 19 | **BEYERS | COSTIN LLP** |
|   | 200 Fourth Street |
| 20 | Santa Rosa, CA 95402 |
|   | Telephone:     (707) 547-2000 |
| 21 | Facsimile:     (707) 526-3672 |
| 22 | Attorneys for Plaintiffs |
|   | DEBRA ERNST and WILLIAM ERNST |
| 23 | |
| 24 | [CAPTION CONTINUED ON NEXT PAGE] |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ULISES VALDEZ; VALDEZ & SONS VINEYARD MANAGEMENT, A CALIFORNIA CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; THE TRAVELERS INDEMNITY COMPANY; TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA; AND THE TRAVELERS INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 12-CV-4307 SBA<br><br>**JOINT STIPULATION FOR CONTINUANCE OF CERTAIN PRE-TRIAL DATES; [~~PROPOSED~~] ORDER** |
| WILLIAM ERNST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and THE TRAVELERS INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 13-CV-0463 SBA |
| DEBRA ERNST AND WILLIAM ERNST,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and THE TRAVELERS INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. C-13-CV-0464 SBA |

WHEREAS, the court in each of the three above-captioned related actions –*Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA, *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA, and *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA – through its Order for Pretrial Preparation issued on June 27, 2013 (ECF 44), Order for Pretrial Preparation issued on June 27, 2013 (ECF 23), and Consolidated Order for Pretrial Preparation issued on October 28, 2013 (ECF 16), respectively, set the following deadlines, among others:

- Non-expert discovery completion: **December 20, 2013**
- Plaintiffs' designation of experts: **December 20, 2013**
- Defendants' designation of experts: **December 20, 2013**
- Rebuttal disclosure of experts: **January 3, 2014**
- Expert discovery completion: **January 24, 2014**
- Dispositive motion cut-off: **February 18, 2014**

WHEREAS, the parties have been engaged in discovery in each of the three above-captioned actions, including written discovery, requests for production, third party document subpoenas, and depositions;

WHEREAS, the parties continue to be engaged in discovery, and need to take numerous additional depositions, some of which pertain to all three related actions;

WHEREAS, based on the discovery to date, and in part to potentially avoid the necessity of taking many of the numerous additional depositions, the parties to the above-captioned *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.* action have agreed to participate in a mediation on November 19, 2013 with Hon. Jack Komar (Ret.), and the plaintiffs in the related *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.* actions may also participate in that mediation or a separate mediation with The Travelers Indemnity Company of Connecticut;

WHEREAS, the parties wish to postpone most or all of the depositions until after the mediation, such that those depositions are only necessary if the cases do not resolve by mediation;

WHEREAS, the parties agree that the pretrial deadlines identified herein should be continued by approximately thirty days in order to allow the parties to postpone most or all of the depositions until after mediation;

WHEREAS, the parties are not seeking a continuance of the trial dates in the above-captioned actions, which trial dates are May 12, 2014, May 12, 2014, and May 28, 2014, respectively;

WHEREAS, the parties are only seeking a continuance of those dates identified below;

**STIPULATION**

NOW THEREFORE, it is agreed and stipulated by and between:

1. Defendants The Travelers Indemnity Company of Connecticut (also erroneously sued as The Travelers Insurance Company[1]), The Travelers Indemnity Company, and Travelers Property and Casualty Company of America (collectively, "Travelers"), by and through its counsel of record Benjamin E. Shiftan of Sedgwick LLP;

2. Plaintiffs Ulises Valdez and Valdez & Sons Vineyard Management, by and through their counsel of record Matthew R. Lilligren of Abbey, Weitzenberg, Warren & Emery;

3. Plaintiffs William Ernst and Debra Ernst, by and through their counsel of record Peter L. Simon, of Beyers Costin, P.C., that:

The following dates previously set by order of the Court be continued and modified in each of the above-captioned actions as follows:

- The deadline for completing non-expert discovery shall be continued from December 20, 2013 to **January 20, 2014**.

- The deadline for plaintiffs to designate experts shall be continued from December 20, 2013 to **January 20, 2014**.

---

[1] The purported entity "The Travelers Insurance Company" does not exist.

DOCS/18064347v1

-4- 12-CV-4307 SBA, 13-CV-0463 SBA, 13-CV-0464 SBA
JOINT STIPULATION FOR CONTINUANCE OF CERTAIN PRE-TRIAL DATES; [PROPOSED] ORDER

- The deadline for defendants to designate experts shall be continued from December 20, 2013 to **January 20, 2014.**
- The deadline for plaintiffs and defendants to designate rebuttal experts shall be continued from January 3, 2014 to **February 3, 2014.**
- The deadline for completing expert discovery shall be continued from January 24, 2014 to **February 24, 2014.**
- The deadline for dispositive motions to be heard shall be continued from February 28, 2014 to **March 28, 2014.**

IT IS SO STIPULATED.

DATED:  November __, 2013     SEDGWICK LLP

By:   /s/ Benjamin E. Shiftan
Benjamin E. Shiftan
Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, also erroneously sued as THE TRAVELERS INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY; and TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA

DATED:  November __, 2013     ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By:   /s/ Matthew R. Lilligren
Matthew R. Lilligren
Attorneys for Plaintiffs
ULISES VALDEZ; VALDEZ & SONS VINEYARD MANAGEMENT, A CALIFORNIA CORPORATION

DATED:  November __, 2013     BEYERS | COSTIN LLP

By:   /s/ Peter Simon
Peter Simon
Attorneys for Plaintiffs
DEBRA ERNST and WILLIAM ERNST

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Benjamin E. Shiftan hereby attests that concurrence in the filing of this document has been obtained.*

DOCS/18064347v1

-5- 12-CV-4307 SBA, 13-CV-0463 SBA, 13-CV-0464 SBA
JOINT STIPULATION FOR CONTINUANCE OF CERTAIN PRE-TRIAL DATES; [~~PROPOSED~~] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Stipulation is DENIED.

Dated: November 8, 2013

_Saundra B. Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

DOCS/18064347v1

-6- 12-CV-4307 SBA, 13-CV-0463 SBA, 13-CV-0464 SBA
JOINT STIPULATION FOR CONTINUANCE OF CERTAIN PRE-TRIAL DATES; [PROPOSED] ORDER