1 | BRUCE D. CELEBREZZE (BAR NO. 102181)
*bruce.celebrezze@sedgwicklaw.com*
2 | NICHOLAS J. BOOS (BAR NO. 233399)
*nicholas.boos@sedgwicklaw.com*
3 | BENJAMIN E. SHIFTAN (BAR NO. 265767)
*benjamin.shiftan@sedgwicklaw.com*
4 | **SEDGWICK LLP**
333 Bush Street, 30th Floor
5 | San Francisco, CA  94104-2834
Telephone:    415.781.7900
6 | Facsimile:    415.781.2635

7 | Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY OF
8 | CONNECTICUT, also erroneously sued as THE
TRAVELERS INSURANCE COMPANY; THE
9 | TRAVELERS INDEMNITY COMPANY; and
TRAVELERS PROPERTY AND CASUALTY
10 | COMPANY OF AMERICA

11 |

12 | MATTHEW R. LILLIGREN (BAR NO. 246991)
*mlilligren@abbeylaw.com*
13 | **ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Rd #200
14 | Santa Rosa, CA 95401
Telephone:    (707) 542-5050
15 | Facsimile:    (707) 542-2589

16 | Attorneys for Plaintiffs
ULISES VALDEZ; VALDEZ & SONS VINEYARD
17 | MANAGEMENT, A CALIFORNIA CORPORATION

18 | PETER SIMON (BAR NO. 178393)
*psimon@beyerscostin.com*
19 | **BEYERS | COSTIN LLP**
200 Fourth Street
20 | Santa Rosa, CA 95402
Telephone:    (707) 547-2000
21 | Facsimile:    (707) 526-3672

22 | Attorneys for Plaintiffs
DEBRA ERNST and WILLIAM ERNST
23 |

24 | [CAPTION CONTINUED ON NEXT PAGE]

25 |

26 |

27 |

28 |

DOCS/18064347v1

-1- 12-CV-4307 SBA, 13-CV-0463 SBA, 13-CV-0464 SBA
AMENDED JOINT STIPULATION FOR CONTINUANCE OF ALL PRE-TRIAL DATES AND TRIAL DATES;
[~~PROPOSED~~] ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES VALDEZ; VALDEZ & SONS VINEYARD MANAGEMENT, A CALIFORNIA CORPORATION,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; THE TRAVELERS INDEMNITY COMPANY; TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA; AND THE TRAVELERS INSURANCE COMPANY,<br><br>　　　Defendants. | Case No. 12-CV-4307 SBA<br><br>**AMENDED JOINT STIPULATION FOR CONTINUANCE OF ALL PRE-TRIAL DATES AND TRIAL DATES; ORDER** |
| WILLIAM ERNST,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and THE TRAVELERS INSURANCE COMPANY,<br><br>　　　Defendants. | Case No. 13-CV-0463 SBA |
| DEBRA ERNST AND WILLIAM ERNST,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and THE TRAVELERS INSURANCE COMPANY,<br><br>　　　Defendants. | Case No. C-13-CV-0464 SBA |

WHEREAS, the court in each of the three above-captioned related actions – *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA, *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA, and *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA – through its Order for Pretrial Preparation issued on June 27, 2013 (ECF 44), Order for Pretrial Preparation issued on June 27, 2013 (ECF 23), and Consolidated Order for Pretrial Preparation issued on October 28, 2013 (ECF 16), respectively, set the following deadlines:

- Non-expert discovery completion: **December 20, 2013**
- Plaintiffs' designation of experts: **December 20, 2013**
- Defendants' designation of experts: **December 20, 2013**
- Rebuttal disclosure of experts: **January 3, 2014**
- Expert discovery completion: **January 24, 2014**
- Dispositive motion cut-off: **February 18, 2014**
- Mandatory settlement conference:
  - *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA: **Between February 24, 2014 and March 21, 2014**
  - *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: **Between February 24, 2014 and March 21, 2014**
  - *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA: **Between March 3, 2014 and March 21, 2014**
- Pre-trial preparation:

- *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA: **March 25, 2014**
- *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: **March 25, 2014**
- *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA: **March 24, 2014**

- Pre-trial conference:
  - *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA: **April 29, 2014**
  - *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: **April 29, 2014**
  - *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA: **April 28, 2014**

- Motions in limine and objections to evidence:
  - *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA: **April 1, 2014**
  - *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: **April 1, 2014**

- *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA: **March 31, 2014**

- Responses to motions in limine and objections to evidence:
  - *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA: **April 8, 2014**
  - *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: **April 8, 2014**
  - *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA: **April 7, 2014**

- Replies to motions in limine and objections to evidence:
  - *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA: **April 15, 2014**
  - *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: **April 15, 2014**
  - *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA: **April 14, 2014**

- Trial:
  - *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA: **May 12, 2014**

- *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: **May 12, 2014**

- *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA: **May 28, 2014**.

WHEREAS, the parties have been engaged in discovery in each of the three above-captioned actions, including written discovery, requests for production, third party document subpoenas, and depositions;

WHEREAS, the parties continue to be engaged in discovery, and need to take numerous additional depositions, some of which pertain to all three related actions;

WHEREAS, based on the discovery to date, and in part to potentially avoid the necessity of taking many of the numerous additional depositions, the parties to the above-captioned actions have agreed to participate in a mediation with Hon. Jack Komar (Ret.),

WHEREAS, the parties wish to postpone most or all of the depositions until after the mediation, such that those depositions are only necessary if the cases do not resolve by mediation;

WHEREAS, the parties agree that all deadlines identified herein (and any others identified by the Court) should be continued by approximately thirty days in order to allow the parties to postpone all of the depositions until after mediation;

WHEREAS, the parties previously submitted a joint stipulation to continue certain pretrial deadlines (ECF No. 54 in *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA);

WHEREAS, the parties understand that the Court does not wish to continue only certain pre-trial deadlines, and would prefer to continue all pre-trial and trial dates;

WHEREAS, the parties now seek a continuance of all pre-trial and trial dates mentioned above, as well as any others identified by the Court, by approximately thirty days;

## STIPULATION

NOW THEREFORE, it is agreed and stipulated by and between:

1. Defendants The Travelers Indemnity Company of Connecticut (also erroneously sued as The Travelers Insurance Company[1]), The Travelers Indemnity Company, and Travelers Property and Casualty Company of America (collectively, "Travelers"), by and through its counsel of record Benjamin E. Shiftan of Sedgwick LLP;

2. Plaintiffs Ulises Valdez and Valdez & Sons Vineyard Management, by and through their counsel of record Matthew R. Lilligren of Abbey, Weitzenberg, Warren & Emery;

3. Plaintiffs William Ernst and Debra Ernst, by and through their counsel of record Peter L. Simon, of Beyers Costin, P.C., that:

The following dates previously set by order of the Court be continued and modified in each of the above-captioned actions as follows:

- The deadline for completing non-expert discovery shall be continued to **January 20, 2014** or any date thereafter that the Court orders.

- The deadline for plaintiffs to designate experts shall be continued to **January 20, 2014** or any date thereafter that the Court orders.

- The deadline for defendants to designate experts shall be continued to **January 20, 2014** or any date thereafter that the Court orders.

- The deadline for plaintiffs and defendants to designate rebuttal experts shall be continued to **February 3, 2014** or any date thereafter that the Court orders.

- The deadline for completing expert discovery shall be continued to **February 24, 2014** or any date thereafter that the Court orders.

- The deadline for dispositive motions to be heard shall be continued to **March 28, 2014** or any date thereafter that the Court orders.

- The deadline for mandatory settlement conferences shall be continued to **between March 24, 2014 and April 21, 2014** or any dates thereafter that the Court orders.

---

[1] The purported entity "The Travelers Insurance Company" does not exist.

- The deadline for pre-trial preparation shall be continued to **April 25, 2014** or any date thereafter that the Court orders.
- The pre-trial conference shall be continued to **May 29, 2014** or any date thereafter that the Court orders.
- The deadline for motions in limine and objections to evidence shall be continued to **May 1, 2014** or any date thereafter that the Court orders.
- The deadline for responses to motions in limine and objections to evidence shall be continued to **May 8, 2014** or any date thereafter that the Court orders.
- The deadline for replies to motions in limine and objections to evidence shall be continued to **May 15, 2014** or any date thereafter that the Court orders.
- Trial in *Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA shall be continued from May 12, 2014 to **June 16, 2014** or any date thereafter that the Court orders;
- Trial in *Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA: shall be continued from May 12, 2014 to **June 16, 2014** or any date thereafter that the Court orders
- Trial in *Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA shall be continued from May 28, 2014 to **June 30, 2014** or any date thereafter that the Court orders.
- Any other pre-trial or trial dates in the above-referenced matters that are not mentioned herein but identified by the Court shall be continued for 30 days or longer to any date the Court orders.

IT IS SO STIPULATED.

DOCS/18064347v1

-8- 12-CV-4307 SBA, 13-CV-0463 SBA, 13-CV-0464 SBA
AMENDED JOINT STIPULATION FOR CONTINUANCE OF All PRE-TRIAL DATES AND TRIAL DATES; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: November 13, 2013 | SEDGWICK LLP | |

By:  /s/ Benjamin E. Shiftan
Benjamin E. Shiftan
Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, also erroneously sued as THE TRAVELERS INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY; and TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA

DATED: November 13, 2013    ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By:  /s/ Matthew R. Lilligren
Matthew R. Lilligren
Attorneys for Plaintiffs
ULISES VALDEZ; VALDEZ & SONS VINEYARD MANAGEMENT, A CALIFORNIA CORPORATION

DATED: November 13, 2013    BEYERS | COSTIN LLP

By:  /s/ Peter Simon
Peter Simon
Attorneys for Plaintiffs
DEBRA ERNST and WILLIAM ERNST

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Benjamin E. Shiftan hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 14, 2013    _/s/ Saundra B. Armstrong_
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

DOCS/18064347v1

-9- 12-CV-4307 SBA, 13-CV-0463 SBA, 13-CV-0464 SBA
AMENDED JOINT STIPULATION FOR CONTINUANCE OF All PRE-TRIAL DATES AND TRIAL DATES; [PROPOSED] ORDER